Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number
L. Bishop Austin
L. BISHOP AUSTIN & ASSOCIATES
3250 WILSHIRE BLVD., STE 1500
LOS ANGELES, CA 90010
(213) 388-4939 Fax: (213)388-2411
California State Bar Number: 175497

☒ Attorney for: Debtor

☐ Pro Se Debtor

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CHAPTER 13

CASE NUMBER 1:10-bk-25614-VK

In re

Efren Martinez Morfin
Ada Maribel Martinez

Debtor(s).

**DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**

**LOCAL BANKRUPTCY RULE 3015-1(m)**

I, Efren Martinez Morfin & Ada Maribel Martinez *(Debtor's name)*, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on 12/14/2010.

2. I am the owner of real property[1] at the following street address:

   6643 Satsuma Ave
   North Hollywood CA 91606 (the "Property").

3. The Property is encumbered by the following deeds of trust:

   a. First deed of trust in favor of GMAC MORTGAGE.

   b. Second deed of trust in favor of WELLS FARGO FINANCIAL BANK (LAM MOTION) *(if applicable)*.

   c. Third deed of trust in favor of ____ *(if applicable)*.

*(Continued on next page)*

[1]A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).


Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com
Best Case Bankruptcy

| | |
|---|---|
| In re<br>Efren Martinez Morfin<br>Ada Maribel Martinez<br>Debtor(s). | CHAPTER 13<br><br>CASE NUMBER 1:10-bk-25614-VK |

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| GMAC MORTGAGE | **$1,706.89** | **1-15th January 2011** | **01/06/2011** |
| | | | |
| | | | |
| Creditor | | | |
| | | | |
| | | | |
| | | | |
| Creditor | | | |
| | | | |
| | | | |
| | | | |
| | | | |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

*(Continued on next page)*

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.



Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

| In re | CHAPTER 13 |
|---|---|
| Efren Martinez Morfin<br>Ada Maribel Martinez<br>Debtor(s). | CASE NUMBER 1:10-bk-25614-VK |

6. Attached to this declaration are copies of the:

☐ cashier's checks, ☐ money orders, ☒ certified funds, or

☐ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

☒ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

☐ acknowledgment(s) signed by the Creditor's representative, or

☐ other documents that prove delivery of the Payments described in Paragraph 4 above.

I declare under penalty of perjury that the foregoing is true and correct.

Date January 21, 2011 Signature Efren M Martinez
Efren Martinez Morfin
Debtor

Date January 21, 2011 Signature Ada M Martinez
Ada Maribel Martinez
Joint Debtor



Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

**WESCOM Credit Union**

```
Check Purpose    Check# 94587715 $1,706.89
Acct XXXXXXX773  MARTINEZ,EFREN Effect: 01/06/11 Post: 01/06/11 Tlr: 2971 Time:  3:49pm

ID DUE DATE     PRINCIPAL  INTEREST    FEES    NEW BALANCE  TRAN AMOUNT      SEQ

Withdrwl from  WESCOM CHECKING 01
0101            1,711.89-        0.00     0.00       829.48      1,711.89      2388078
Check Printing Fee                                                  5.00-
Total Check Disbursed: GMAC MORTGAGE                            1,706.89-
```

Member Signature ____________________ Member ID ____________________

CHAPTER 13 1:10-bK-25614-VK

Mortgage Payment January 2011

**WESCOM Credit Union**

```
Check Purpose    Check# 94587715 $1,706.89
Acct XXXXXXX773  MARTINEZ,EFREN Effect: 01/06/11 Post: 01/06/11 Tlr: 2971 Time:  3:49pm

ID DUE DATE     PRINCIPAL  INTEREST    FEES    NEW BALANCE  TRAN AMOUNT      SEQ

Withdrwl from  WESCOM CHECKING 01
0101            1,711.89-        0.00     0.00       829.48      1,711.89      2388078
Check Printing Fee                                                  5.00-
Total Check Disbursed: GMAC MORTGAGE                            1,706.89-
```


**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

PHOENIX AZ 85062

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $0.44 | 0301 |
| Certified Fee | $2.80 | 22 |
| Return Receipt Fee (Endorsement Required) | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $3.24 | 01/06/2011 |

Sent To: Gmac Mortgage
Street, Apt. No.; or PO Box No.: PO Box 79135
City, State, ZIP+4: Phoenix AZ 85062-9135

PS Form 3800, August 2006 See Reverse for Instructions

7010 1670 0001 8071 0597

THE BACK OF THIS DOC... ...D AT ANGLE TO VIEW

WESCOM Credit Union
123 SOUTH MARENGO AVE
PASADENA, CA 91101

CHECK NO 0094587715

$1,706.89

One Thousand Seven Hund...

WESCOM CREDIT UNION

PAY TO THE ORDER OF GMAC MORTGAGE

RE: EFREN MARTINEZ

Checks over $5,000.00 require two signatures

⑈94587715⑈ ⑆322079353⑆ 900168008⑈ 23