**UNITED STATES BANKRUPTCY COURT**
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

CONTRIBUTION DECLARATION - CHAPTER 13

CASE NUMBER:    2:10-25614-VK

CASE NAME:    Martinez, Efren

I Jeniffer Martinez state to the United States Bankruptcy Court for the Central District of California that I am making a contribution of **$1,300.00** each month to the debtors, and I will make this contribution each month that the debtors are in this Chapter 13 Bankruptcy Case.

I am making this contribution because I am debtors' Daughter, with enough income to help to save my parents' property. I have attached copy of our paystubs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

5-2-11
Date

_____
Signature

10-25614

| Employee Statement of Earnings - Payroll Help: (213)241-6670 or employeeservices@lausd.net | | | | | | | | | Tax Exemptions | |
|---|---|---|---|---|---|---|---|---|---|---|
| Name<br>MARTINEZ, JENNIFER | | EE ID<br>925910 | Payroll Period<br>03/01/11 To:03/31/11 | | Pay Date<br>03/31/11 | Payroll<br>Clas | Payment<br>DD*6197 | PS-Area<br>G | FED / S / Exemptions = 00<br>CA  / S / Exemptions = 00 | |
| Payments | Per End | SB | PS-Grp | PL | PERNR | Cost Ctr | Rate | Hours | Gross | Leave HRS |
| CURRENT PAY | | | | | | | | | | PNWD Balance        3.03 |
| Regular Time Pay | 03/31/11 | X | 8485 | XX | 00925910 | 01357401 | 13.20760 | 23.50 | 310.38 | |
| Regular Time Pay | 03/31/11 | X | 8485 | XX | 00925910 | 01357401 | 13.20760 | 71.00 | 937.74 | |
| CURRENT PAY | | | | | | | | | | |
| Regular Time Pay | 03/31/11 | X | 8485 | XX | 01027956 | 01357401 | 10.74840 | 68.00 | 730.89 | |

District Paid Benefits

District Paid PARS      46.80
EAP ER                   0.29

Annualized Status

Hours Summary

| Pre-Tax Deductions | Current | YTD | Post-Tax Deductions | Current | YTD | Totals | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| PARS EE | 46.80- | 112.09- | Local 99 Union Dues | 26.46- | 64.76- | Gross | 1,979.01 | 3,719.77 |
| | | | Local Local 99 Premiu | 3.00- | 9.00- | Imputed Income | 0.00 | 0.00 |
| | | | | | | Pre-Tax Deduct | 46.80- | 112.09- |
| | | | | | | Taxable Earnings | 1,919.49 | 3,607.68 |
| | | | | | | FED Withholding | 226.26- | 362.89- |
| | | | | | | FED EE Medicare | 28.51- | 53.94- |
| | | | | | | CA  Withholding | 33.51- | 33.51- |
| | | | | | | CA  EE Disabilit | 23.59- | 44.64- |
| | | | | | | Post-Tax Deduct | 29.46- | 73.76- |
| | | | | | | Non-Tax Reimburs | 0.00 | 0.00 |
| Total Pre-Tax: | 46.80- | 112.09- | Total Post-Tax: | 29.46- | 73.76- | Total Net Pay | 1,578.45 | |

Message:

CONTRIBUTION POI

**NON-NEGOTIABLE**                                                                                             ***VOID***

*10-25614*

| Employee Statement of Earnings - Payroll Help: (213)241-6670 or employeeservices@lausd.net | | | | | | | | Tax Exemptions | |
|---|---|---|---|---|---|---|---|---|---|
| Name<br>MARTINEZ, JENNIFER | | EE ID<br>925910 | Payroll Period<br>02/01/11 To:02/28/11 | | Pay Date<br>02/28/11 | Payroll<br>Clas | Payment PS-Area<br>DD*6197     G | FED / S / Exemptions = 00<br>CA  / S / Exemptions = 00 | |
| Payments | Per End | SB  PS-Grp | PL   PERNR | Cost Ctr | Rate | Hours | Gross | Leave HRS | |
| CURRENT PAY<br>  Regular Time Pay | 02/28/11 | X    8485 | XX    00925910 | 01357401 | 13.20760 | 73.90 | 976.04 | | |

District Paid Benefits

| District Paid PARS | 36.60 |
|---|---|
| EAP ER | 0.29 |

Annualized Status

Hours Summary

| Pre-Tax Deductions | Current | YTD | Post-Tax Deductions | Current | YTD | Totals | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| PARS EE | 36.60- | 65.78- | Local 99 Union Dues<br>Local Local 99 Premiu | 21.47-<br>3.00- | 38.59-<br>6.00- | Gross<br>Imputed Income<br>Pre-Tax Deduct | 976.04<br>0.00<br>36.60- | 1,753.97<br>0.00<br>65.78- |
| | | | | | | Taxable Earnings<br>FED Withholding<br>FED EE Medicare<br>CA  EE Disabilit | 939.44<br>79.25-<br>14.15-<br>11.71- | 1,688.19<br>136.63-<br>25.43-<br>21.05- |
| | | | | | | Post-Tax Deduct<br>Non-Tax Reimburs | 24.47-<br>0.00 | 44.59-<br>0.00 |
| Total Pre-Tax: | 36.60- | 65.78- | Total Post-Tax: | 24.47- | 44.59- | Total Net Pay | 809.86 | |

Message:

*CONTRIBUTION POI*

**NON-NEGOTIABLE**                                                                                           ***VOID***

10-25614

| Employee Statement of Earnings - Payroll Help: (213)241-6670 or employeeservices@lausd.net | | | | | | | | Tax Exemptions | |
|---|---|---|---|---|---|---|---|---|---|
| Name MARTINEZ, JENNIFER | EE ID 925910 | Payroll Period 01/01/11 To:01/31/11 | | Pay Date 01/31/11 | Payroll Clas | Payment DD*6197 | PS-Area G | FED / S / Exemptions = 00 CA / S / Exemptions = 00 | |

| Payments | Per End | SB | PS-Grp | PL | PERNR | Cost Ctr | Rate | Hours | Gross |
|---|---|---|---|---|---|---|---|---|---|
| PRIOR PAY ADJUSTMENTS | | | | | | | | | |
| Regular Time Pay | 12/31/10 | X | 8485 | XX | 00925910 | | 13.20760 | 1.00- | 13.21- |
| CURRENT PAY | | | | | | | | | |
| Regular Time Pay | 01/31/11 | X | 8485 | XX | 00925910 | 01357401 | 13.20760 | 59.90 | 791.14 |

Leave HRS

District Paid Benefits

District Paid PARS    29.18
EAP ER                 0.29

Annualized Status

Hours Summary

| Pre-Tax Deductions | Current | YTD | Post-Tax Deductions | Current | YTD | Totals | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| PARS EE | 29.18- | 29.18- | Local 99 Union Dues | 17.12- | 17.12- | Gross | 777.93 | 777.93 |
| | | | Local Local 99 Premiu | 3.00- | 3.00- | Imputed Income | 0.00 | 0.00 |
| | | | | | | Pre-Tax Deduct | 29.18- | 29.18- |
| | | | | | | Taxable Earnings | 748.75 | 748.75 |
| | | | | | | FED Withholding | 57.38- | 57.38- |
| | | | | | | FED EE Medicare | 11.28- | 11.28- |
| | | | | | | CA  EE Disabilit | 9.34- | 9.34- |
| | | | | | | Post-Tax Deduct | 20.12- | 20.12- |
| | | | | | | Non-Tax Reimburs | 0.00 | 0.00 |
| Total Pre-Tax: | 29.18- | 29.18- | Total Post-Tax: | 20.12- | 20.12- | Total Net Pay | 650.63 | |

Message:

CONTRIBUTION POI

***VOID***

NON-NEGOTIABLE