FILED & ENTERED

JUN 21 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY harraway DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>EFREN MARTINEZ MORFIN and<br>ADA MARIBEL MARTINEZ<br><br>Debtor(s). | Case No: 1:10-bk-25614-VK<br><br>Chapter: 13<br><br>ORDER REQUIRING DEBTORS' ATTORNEY TO APPEAR AT CONTINUED PLAN CONFIRMATION HEARING<br><br>Date:     June 7, 2011<br>Time:     9:30 a.m.<br>Location: Courtroom 301<br>              21041 Burbank Blvd.<br>              Woodland Hills, CA 91367 |

On June 7, 2011 at or around 9:30 a.m., this Court held a continued chapter 13 plan confirmation hearing in the above-referenced case; the debtors' bankruptcy counsel, Leroy Bishop Austin, did not appear, nor did any other counsel appear on behalf of the debtors. Other appearances were as noted on the Court's record. The chapter 13 trustee having represented that the debtors are current on their plan payments but have not filed a Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments (F 3015-1.4) for the month of May 2011, as required pursuant to Local Bankruptcy Rule 3015-1(m), the Court continued the confirmation hearing to July 19, 2011 at 9:30 a.m. Based on Mr. Austin's failure to appear at the debtors' continued confirmation hearing, without having been excused by the Court prior to the hearing in accordance with Local Bankruptcy Rule 3015-1(d), it is hereby

ORDERED, that Leroy Bishop Austin must appear at the continued confirmation hearing to be held on **July 19, 2011, at 9:30 a.m.** at the above-referenced place.

**PLEASE TAKE NOTICE** that, should Mr. Austin fail to appear at the continued confirmation hearing on July 19, 2011, pursuant to 11 U.S.C. §§ 105(a) and 329(b), the Court may order the disgorgement of any fees received by Mr. Austin from or on behalf of the debtors within twelve (12) months of the filing of the case and may take any of the actions set forth in Local Bankruptcy Rule 2090-2(b), including initiating a disciplinary proceeding against Mr. Austin.

##

DATED: June 21, 2011

_____
United States Bankruptcy Judge

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER REQUIRING DEBTORS' ATTORNEY TO APPEAR AT CONTINUED PLAN CONFIRMATION HEARING was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 6/17011 the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Leroy Bishop Austin    lbishopbk@yahoo.com, lbishopbk@gmail.com

Patti H Bass    ecf@bass-associates.com

Christopher M McDermott    ecfcacb@piteduncan.com

Elizabeth (SV) F Rojas (TR)    cacb_ecf_sv@ch13wla.com

United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

DEBTORS:
**Efren Martinez Morfin**
6643 Satsuma Ave
North Hollywood, CA 91606

**Ada Maribel Martinez**
6643 Satsuma Ave
North Hollywood, CA 91606

DEBTORS' ATTORNEY:
**Leroy Bishop Austin**
L.Bishop Austin & Associates
3250 Wilshire Blvd Ste 1500
Los Angeles, CA 90010-1502

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page