1 | L. Bishop Austin, Esq. (SBN 175497)
  | L. BISHOP AUSTIN & ASSOCIATES
2 | 3250 Wilshire Blvd., Ste 1500
  | Los Angeles, CA 90010
3 | Tel: (213)388-4939  Fax (213)388-2411
  | Email: lbishopbk@yahoo.com
4 | Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION**

| In Re: | CHAPTER 13 |
|---|---|
| Efren Martinez & Ada Martinez | CASE NO: 1-10-bk-25614-VK |
| Debtor(s) | DECLARATION OF DEBTOR RE: CHAPTER 13 TRUSTEE PAYMENTS [NO HEARING REQUIRED] |

I, Efren Martinez & Ada Martinez, am the debtor in this case, and the statements made herein are true and of my own knowledge and if called upon and sworn, I could and would testify competently thereto.

1. I am current with my Chapter 13 Plan payments as of this month of June 2011.

2. On 06/08/2011  I purchased and sent the money order $340.00 to my Chapter 13 Trustee **ELIZABETH ROJAS** to the following address: **CHAPTER 13 TRUSTEE, PO BOX 521566, LOS ANGELES, CA 90051-0566.** See attached copy of the money order(s). This payment is for the month of: June 2011.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 22, 2011

_____
Debtor

_____
Joint Debtor

1

ch 13
EFREN MARTINEZ









