| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213)388-2411<br>California State Bar Number: 175497<br><br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br><br>CASE NUMBER 1:10-bk-25614-VK |
|---|---|
| In re<br><br>Efren Martinez Morfin<br>Ada Maribel Martinez<br><br><br><br><br>Debtor(s). | **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY RULE 3015-1(m)** |

I, Efren Martinez Morfin & Ada Maribel Martinez *(Debtor's name)*, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on 12/14/2010 .

2. I am the owner of real property[1] at the following street address:

    6643 Satsuma Ave

    North Hollywood CA 91606                                       (the "Property").

3. The Property is encumbered by the following deeds of trust:

    a. First deed of trust in favor of  GMAC MORTGAGE  .

    b. Second deed of trust in favor of WELLS FARGO FINANCIAL BANK  *(if applicable)*.

    c. Third deed of trust in favor of  NONE  *(if applicable)*.

*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com

F 3015-1.4
Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*  F 3015-1.4

Local Bankruptcy Rule 3015-1(m) - Page 2 of 3

| In re<br>Efren Martinez Morfin<br>Ada Maribel Martinez<br>Debtor(s). | CHAPTER 13<br>CASE NUMBER 1:10-bk-25614-VK |
|---|---|

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| GMAC MORTGAGE | $1,706.89 | 1-15th January 2011 | 01/06/2011 |
| | $1706.89 | 1-15th Feb 2011 | 02/15/2011 |
| | $1,706.89 | 1-15th March 2011 | 03/10/2011 |
| | $1,706.89 | 1-15th April 2011 | 04/06/2011 |
| | $1,706.89 | 1-15th May 2011 | 05/09/2011 |
| | $1,706.89 | 1-15th June 2011 | 06/14/2011 |
| | | | |
| | | | |
| WELLS FARGO BANK | $1,049.92 x 4 MONTHS -JAN TO APRIL 2011 = $4,199.68 PMT MADE ON 04/02/2011 | | |
| | $1,049.92 | 1-15th May 2011 | 05/09/2011 |
| | $1,049.92 | 1-15th June 2011 | 06/03/2011 |
| | | | |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

*(Continued on next page)*

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                    F 3015-1.4

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*   F 3015-1.4
*Local Bankruptcy Rule 3015-1(m) - Page 3 of 3*

| In re<br>Efren Martinez Morfin<br>Ada Maribel Martinez<br>Debtor(s). | CHAPTER 13<br>CASE NUMBER 1:10-bk-25614-VK |
|---|---|

6. Attached to this declaration are copies of the:

   ☒ cashier's checks,   ☒ money orders,   ☒ certified funds, or

   ☐ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   ☒ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☐ acknowledgment(s) signed by the Creditor's representative, or

   ☐ other documents that prove delivery of the Payments described in Paragraph 4 above.

   I declare under penalty of perjury that the foregoing is true and correct.

Date   June 22, 2011           Signature   */s/ Efren M Martinez*
                                           Efren Martinez Morfin
                                           Debtor

Date   June 22, 2011           Signature   */s/ Ada M Martinez*
                                           Ada Maribel Martinez
                                           Joint Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                 F 3015-1.4

First Deed of Trust
GMAC Mortgage

**WESCOM** Credit Union

Check Purpose SHARE WITHDRAWAL  Check# 94652187 $1,706.89
Acct XXXXXXX773  MARTINEZ,EFREN Effect: 06/14/11 Post: 06/14/11 Tlr: 1763 Time: 12:15pm

| ID DUE DATE | PRINCIPAL | INTEREST | FEES | NEW BALANCE | TRAN AMOUNT | SEQ |
|---|---|---|---|---|---|---|
| Withdrwl from | WESCOM CHECKING 01 | | | | | |
| 0101 | 1,706.89- | 0.00 | 0.00 | 370.90 | 1,706.89 | 2074837 |
| Withdrwl from | WESCOM CHECKING 01 | | | | | |
| 0101 | 5.00- | 0.00 | 0.00 | 365.90 | 5.00 | 2074839 |
| Check Printing Fee | | | | | 5.00- | |
| Total Check Disbursed: GMAC MORTGAGE | | | | | 1,706.89- | |

---

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK / HOLD AT ANGLE TO VIEW

**CASHIER'S CHECK**                                    16-7935/3220

**WESCOM** Credit Union                               CHECK NO. 0094652187
123 SOUTH MARENGO AVE.
PASADENA, CA 91101

DATE  06/14/11                                        $1,706.89

NOT VALID AFTER SIX MONTHS

** One Thousand Seven Hundred Six and 89/100 DOLLARS **

                                                      WESCOM CREDIT UNION

PAY    GMAC MORTGAGE
TO THE
ORDER  RE:EFREN & ADA MARTINEZ
OF

Checks over $5,000.00 require two signatures.

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE

EG 976195757 US

Customer Copy
Label 11-B, March 2004

Post Office To Addressee

FROM: (PLEASE PRINT) PHONE ( )

TO: (PLEASE PRINT) PHONE ( )

Gmac Mortgage
PO Box 79135
Phoenix AZ

FOR PICKUP OR TRACKING
Visit www.usps.com
Call 1-800-222-1811

**WESCOM** Credit Union

```
Check Purpose SHARE WITHDRAWAL  Check# 94639189 $1,706.89
Acct XXXXXXX773  MARTINEZ,EFREN Effect: 05/09/11 Post: 05/09/11 Tlr: 1822 Time:  2:58pm

ID DUE DATE     PRINCIPAL    INTEREST    FEES      NEW BALANCE  TRAN AMOUNT     SEQ

Withdrwl from  WESCOM CHECKING 01
0101           1,706.89-      0.00       0.00       1,545.76     1,706.89    2134688
Withdrwl from  WESCOM CHECKING 01
0101               5.00-      0.00       0.00       1,540.76         5.00    2134690
Check Printing Fee                                                            5.00-
Total Check Disbursed: GMAC MORTGAGE                                      1,706.89-
```

---

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK / HOLD AT ANGLE TO VIEW

## CASHIER'S CHECK

18-7936/3220

**WESCOM** Credit Union
123 SOUTH MARENGO AVE.
PASADENA, CA 91101

CHECK NO. 0094639189

DATE 05/09/11         $1,706.89

NOT VALID AFTER SIX MONTHS

** One Thousand Seven Hundred Six and 89/100 DOLLARS **

WESCOM CREDIT UNION

[signature]

PAY TO THE ORDER OF: GMAC MORTGAGE
RE: EFREN AND ADA M MARTINEZ

Checks over $5,000.00 require two signatures

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

PHOENIX, AZ 85062

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $0.44 | 0202 |
| Certified Fee | $2.85 | 30 |
| Return Receipt Fee (Endorsement Required) | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $3.29 | 05/09/2011 |

Sent To: Gmac Mortgage
Street, Apt. No.; or PO Box No.: PO Box 79135
City, State, ZIP+4: Phoenix AZ 85062-9135

PS Form 3800, August 2006    See Reverse for Instructions

7010 2780 0001 1054 4059

**WESCOM Credit Union**

```
Check Purpose   Check# 94648726  $1,049.92
Acct XXXXXXX773  MARTINEZ,EFREN  Effect: 06/03/11  Post: 06/03/11  Tlr: 2971  Time: 5:22pm

ID DUE DATE    PRINCIPAL    INTEREST    FEES    NEW BALANCE    TRAN AMOUNT    SEQ

Withdrwl from  WESCOM CHECKING 01
0101           1,054.92-    0.00        0.00    792.16         1,054.92       2427312
Check Printing Fee                                             5.00-
Total Check Disbursed: WELLS FARGO BANK                        1,049.92-
```

Member Signature    Member ID

SECOND Deed of Trust
WELLS FARGO. BANK

**WESCOM Credit Union**

```
Check Purpose   Check# 94648726  $1,049.92
Acct XXXXXXX773  MARTINEZ,EFREN  Effect: 06/03/11  Post: 06/03/11  Tlr: 2971  Time: 5:22pm

ID DUE DATE    PRINCIPAL    INTEREST    FEES    NEW BALANCE    TRAN AMOUNT    SEQ

Withdrwl from  WESCOM CHECKING 01
0101           1,054.92-    0.00        0.00    792.16         1,054.92       2427312
Check Printing Fee                                             5.00-
Total Check Disbursed: WELLS FARGO BANK                        1,049.92-
```

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK / HOLD AT ANGLE TO VIEW

## CASHIER'S CHECK

**WESCOM Credit Union**
128 SOUTH MARENGO AVE
PASADENA, CA 91101

CHECK NO. 0094648726

DATE 06/03/11

$1,049.92

NOT VALID AFTER SIX MONTHS

**One Thousand Forty-Nine and 92/100 DOLLARS**

WESCOM CREDIT UNION

PAY TO THE ORDER OF   WELLS FARGO BANK  651 2135812 1001
RE: EFREN & ADA MARTINEZ

Ada Martinez

Checks over $5,000.00 require two signatures.



EFren & Ada Martinez



Check Purpose SHARE WITHDRAWAL  Check# 94639191 $1,049.92
Acct XXXXXXX773  MARTINEZ,EFREN Effect: 05/09/11 Post: 05/09/11 Tlr: 1822 Time:  2:59pm

| ID DUE DATE | PRINCIPAL | INTEREST | FEES | NEW BALANCE | TRAN AMOUNT | SEQ |
|---|---|---|---|---|---|---|
| Withdrwl from WESCOM CHECKING 01 | | | | | | |
| 0101 | 1,049.92- | 0.00 | 0.00 | 490.84 | 1,049.92 | 2135006 |
| Withdrwl from WESCOM CHECKING 01 | | | | | | |
| 0101 | 5.00- | 0.00 | 0.00 | 485.84 | 5.00 | 2135008 |
| WESCOM CHECKING 01 | | | | | | |
| 01CASHIERS CHECK FEE | | | | | | |
| Check Printing Fee | | | | | 5.00- | |
| Total Check Disbursed: WELLS FARGO BANK | | | | | 1,049.92- | |

---

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK, HOLD AT ANGLE TO VIEW

### CASHIER'S CHECK

16-7936/3220

**WESCOM Credit Union**
123 SOUTH MARENGO AVE.
PASADENA, CA 91101

CHECK NO. 0094639191

DATE
05/09/11

$1,049.92

NOT VALID AFTER SIX MONTHS

** One Thousand Forty-Nine and 92/100 DOLLARS **

WESCOM CREDIT UNION

PAY TO THE ORDER OF  WELLS FARGO BANK
RE: WFREN AND ADA M MARTINEZ

Checks over $5,000.00 require two signatures.

